# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN CABRERA ESPINOZA,<br><br>Petitioner,<br><br>v.<br><br>MOISES BECERRA, et al.,<br><br>Respondents. | Case No. 1:24-cv-01118-SAB-HC<br><br>ORDER GRANTING PETITIONER'S UNOPPOSED MOTION TO AMEND PETITION TO NAME A PROPER RESPONDENT<br><br>(ECF No. 58) |

Petitioner is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On September 27, 2024, Petitioner filed an unopposed motion to amend the petition to name Golden State Annex Facility Administrator Minga Wofford as a Respondent in this matter. "[L]ongstanding practice confirms that in habeas challenges to present physical confinement— 'core challenges'—the default rule is that the proper respondent is the warden of the facility where the prisoner is being held . . . ." Rumsfeld v. Padilla, 542 U.S. 426, 435 (2004). In the immigration detention context, the Ninth Circuit has held that "[u]nder Padilla, [Petitioner] must name his immediate custodian, [here] the Facility Administrator of GSA, as the respondent to his petition." Doe v. Garland, 109 F.4th 1188, 1197 (9th Cir. 2024).

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's unopposed motion to amend the petition (ECF No. 58) is GRANTED; and
2. Golden State Annex Facility Administrator Minga Wofford is added as a Respondent in the instant matter.

IT IS SO ORDERED.

Dated: __**October 1, 2024**__

UNITED STATES MAGISTRATE JUDGE