# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN CABRERA ESPINOZA, | Case No. 1:24-cv-01118-SAB-HC |
| Petitioner, | ORDER GRANTING PETITIONER'S MOTION FOR LEAVE TO FILE FACTUAL UPDATE |
| v. | |
| MINGA WOFFORD, et al., | (ECF No. 64) |
| Respondents. | |

Petitioner, represented by counsel, is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On October 31, 2024, Petitioner filed a motion for leave to file factual update in the form of a declaration from Petitioner's counsel in his immigration proceedings. (ECF No. 64.) In the motion, Petitioner indicates that Respondents have represented that they oppose the motion. (Id. at 2.) However, to date, no opposition has been filed, and the time for doing so has passed.

Accordingly, IT IS HEREBY ORDERED that Petitioner's motion for leave to file factual update (ECF No. 64) is GRANTED.

IT IS SO ORDERED.

Dated:   **November 25, 2024**

STANLEY A. BOONE
United States Magistrate Judge